FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2017 JUL 19 PM 3: 15

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-1923 RB |
| ) | |
| vs. ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| ) | |
| **JOHN LEROY MILNE** and ) | Count 2: 21 U.S.C. §§ 841(a)(1) and |
| **MANUEL PAVON-RODRIGUEZ**, ) | (b)(1)(B): Possession With Intent to |
| ) | Distribute 100 Kilograms and More of |
| Defendant. ) | Marijuana; 18 U.S.C. § 2: Aiding and |
| ) | Abetting. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about June 23, 2017, in Hidalgo County, in the District of New Mexico, and elsewhere, the defendants, **JOHN LEROY MILNE** and **MANUEL PAVON-RODRIGUEZ**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), specifically, distribution of 100 kilograms and more of marijuana.

In violation of 21 U.S.C. § 846.

### Count 2

On or about June 23, 2017, in Hidalgo County, in the District of New Mexico, the defendants, **JOHN LEROY MILNE** and **MANUEL PAVON-RODRIGUEZ**,

unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C.§ 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

07/1_/_7  11:09AM